1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
     Fax:         (415) 436-6748
7
   Attorneys for the United States of America
8
            IN THE UNITED STATES DISTRICT COURT FOR THE
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA and
12 KAREN STERLING, Revenue Officer,       )  NO.
                                          )
13         Petitioners,                   )  VERIFIED PETITION TO
                                          )  ENFORCE INTERNAL
14    v.                                  )  REVENUE SERVICE SUMMONSES
                                          )
15 ANNALISA J. SILVA and                  )
   DANIEL A. SILVA,                       )
16                                        )
           Respondents.                   )
17 _____)

18      Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **KAREN**

19 **STERLING,** allege and petition as follows:

20      1.   This proceeding is brought and this Court has jurisdiction hereof under Sections

21 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22      2.   Petitioner **KAREN STERLING** is and at all times mentioned herein was an

23 employee and officer of the Internal Revenue Service of the United States Department of the

24 Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25 described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27 301.7603-1).

28 ///

Verified Petition To Enforce
IRS Summonses                              1



3. Petitioner **KAREN STERLING** is and at all times mentioned herein was attempting in the course of authorized duties to ascertain the assets and liabilities of **ANNALISA J. SILVA** and **DANIEL A. SILVA** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **ANNALISA J. SILVA** and **DANIEL A. SILVA**.

4. Petitioner **KAREN STERLING** is and at all times herein was attempting in the course of authorized duties to have respondents produce for inspection, examination and copying by petitioner certain records possessed by respondents which are relevant and material to her attempt to ascertain the assets and liabilities of **ANNALISA J. SILVA** and **DANIEL A. SILVA**, for purposes of preparing a Collection Information Statement.

5. Respondents **ANNALISA J. SILVA** and **DANIEL A. SILVA**'s last known address is 6480 Ione Way, Dublin CA 94568, which is within the venue of this Court.

6. Petitioner **KAREN STERLING** is informed and believes that said respondents are in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On October 2, 2007, in accordance with law, petitioner **KAREN STERLING** served the summonses on respondents **ANNALISA J. SILVA** and **DANIEL A. SILVA** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summonses at the last and usual place of abode of the respondents **ANNALISA J. SILVA** and **DANIEL A. SILVA**. The requirements of said summonses are self-explanatory, and a true copy thereof are attached hereto as Exhibits A and B and are hereby incorporated by reference as a part of this petition.

8. The items sought by the summonses described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **ANNALISA J. SILVA** and **DANIEL A. SILVA**. It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **ANNALISA J. SILVA** and **DANIEL A. SILVA** that respondents produce the

1  items demanded by said summonses.

2      9.    The respondents did not appear on October 29. 2007, as requested in the
3  summonses.

4      10.    By letter dated November 27, 2007, respondents **ANNALISA J. SILVA** and
5  **DANIEL A. SILVA** were provided with another opportunity to comply by appearing for an
6  appointment with petitioner **KAREN STERLING** on December 6, 2007. See Exhibits C and D.

7      11.    As of the date of this petition, the respondents have failed to comply with the
8  summonses.

9      12.    All administrative steps required by the Internal Revenue Code for issuance of the
10 summonses have been taken.

11     13.    There has been no referral to the Department of Justice for criminal prosecution
12 of the matters described in the summonses.

13     **WHEREFORE**, having stated in full their petition against the respondents, petitioners
14 pray for enforcement of the subject summonses as alleged and set forth above, as follows:

15     A.    That the named respondents herein be ordered to appear and show cause before
16 this Court, if any, why respondents should not be compelled by this Court under 26 U.S.C. §
17 7604(a) to give such testimony and to produce such items as are required in the herein above-
18 described summonses;

19     B.    That respondents be ordered by the Court to appear before the petitioner **KAREN**
20 **STERLING** or any other designated agent, at a time and place directed by the Court and then
21 and there give such testimony and produce such items as is required by the summonses; and

22     C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs
23 in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summonses         3

# Summons

## Collection Information Statement

**In the matter of** DANIEL A & ANNALISA J SILVA, 7000 VILLAGE PKWY STE D D, DUBLIN, CA 94568-2454
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004 and December 31, 2005

**The Commissioner of Internal Revenue**

**To:** ANNALISA J SILVA
**At:** 6480 IONE WAY, DUBLIN, CA 94568

You are hereby summoned and required to appear before KAREN STERLING, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2007 To 09/30/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

1301 CLAY STREET 10TH FLR, 1040S, OAKLAND, CA 94612 (510) 637-3120

**Place and time for appearance: At** 1301 CLAY STREET 1OTH FLOOR, 1040S, OAKLAND, CA 94612



on the 29th day of October, 2007 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 1st day of October, 2007

Department of the Treasury
Internal Revenue Service   LINDA THIGPEN                           ACTING MANAGER
www.irs.gov                    *Signature of issuing officer*                          *Title*
Form 6637 (Rev.4-2005)
Catalog Number 25000Q
                               *Signature of approving officer (if applicable)*                *Title*

**EXHIBIT A**

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 10-02-2007 | 11:40 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*:

left by front door - slid under board with address printed on it to the left of front door -

| Signature | Title |
|---|---|
| Karen M. Deling | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| | |

Catalog No. 25000Q

Form **6637** (Rev. 4-2005)



# Summons

## Collection Information Statement

**In the matter of** DANIEL A & ANNALISA J SILVA, 6480 IONE WAY, DUBLIN, CA 94568
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004 and December 31, 2005

**The Commissioner of Internal Revenue**

**To:** DANIEL A SILVA
**At:** 6480 IONE WAY, DUBLIN, CA 94568

You are hereby summoned and required to appear before KAREN STERLING, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2007 To 09/30/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

1301 CLAY STREET 10TH FLR, 1040S, OAKLAND, CA 94612 (510) 637-3120

**Place and time for appearance: At** 1301 CLAY STREET 10TH FLOOR, 1040S, OAKLAND, CA 94612

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the 29th day of October, 2007 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 1st day of October, 2007

LINDA THIGPEN                                         ACTING MANAGER
Signature of issuing officer                          Title

_____
Signature of approving officer *(if applicable)*      Title

**EXHIBIT** B

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: 10-02-2007

Time: 11:40 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any). w/ address printed on it

Left by Front door - slid under board to the left of the front door

Signature: Karen M. Sterling

Title: Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature:

Title:

Catalog No. 25000Q

Form **6637** (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5132
FAX (415) 227-5159

NOV 2 7 2007

CC:SB:7:SF:1:GL-151567-07
JMSatterfield

Annalisa J. Silva
6480 Ione Way
Dublin, CA 94568

Dear Ms. Silva:

    The Small Business/Self-Employed Area: Area Collection office of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 2, 2007 (copy enclosed). Under the terms of the summons, you were required to appear before Revenue Officer Karen Sterling on October 29, 2007.

    Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

        Name: Karen Sterling
        Date: December 6, 2007
        Time: 10:00 A.M.
    Address: 1301 Clay Street
              10th Floor, 1040S
              Oakland, CA 94612

**EXHIBIT** _C_

CC:SB:7:SF:1:GL-151567-07      - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Karen Sterling at (510) 637-2640.

                                Sincerely,

                                THOMAS R. MACKINSON
                                Associate Area Counsel (San
                                Francisco, Group 1)
                                (Small Business/Self-Employed)

                     By: _____
                                JASON M. SATTERFIELD
                                Attorney (San Francisco, Group 1)
                                (Small Business/Self-Employed)

Enclosures:
    Summons originally served on October 2, 2007

CC: Revenue Officer Karen Sterling



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5132
FAX (415) 227-5159

NOV 27 2007

CC:SB:7:SF:1:GL-151567-07
JMSatterfield

Daniel A. Silva
6480 Ione Way
Dublin, CA 94568

Dear Mr. Silva:

    The Small Business/Self-Employed Area: Area Collection office of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 2, 2007 (copy enclosed). Under the terms of the summons, you were required to appear before Revenue Officer Karen Sterling on October 29, 2007.

    Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

        Name: Karen Sterling
        Date: December 6, 2007
        Time: 10:00 A.M.
     Address: 1301 Clay Street
              10th Floor, 1040S
              Oakland, CA 94612

EXHIBIT D

CC:SB:7:SF:1:GL-151567-07        - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Karen Sterling at (510) 637-2640.

                        Sincerely,

                        THOMAS R. MACKINSON
                        Associate Area Counsel (San Francisco, Group 1)
                        (Small Business/Self-Employed)

By: _____
     JASON M. SATTERFIELD
     Attorney (San Francisco, Group 1)
     (Small Business/Self-Employed)

1                            <u>VERIFICATION</u>

2        I, **KAREN STERLING**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

3        I am a duly employed Revenue Officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on _01-24-2008_ at Oakland, California.

_/s/ Karen Sterling_
**KAREN STERLING**
