1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
6   Telephone:  (415) 436-7000
    Fax:       (415) 436-6748
7
    Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA and          )
12  KAREN STERLING, Revenue Officer,      )   NO.
                                          )
13         Petitioners,                   )   ORDER TO SHOW CAUSE RE
                                          )   ENFORCEMENT OF INTERNAL
14     v.                                 )   REVENUE SERVICE SUMMONSES
                                          )
15  ANNALISA J. SILVA and                 )
    DANIEL A. SILVA,                      )
16                                        )
           Respondents.                   )
17  _____ )

18         Good cause having been shown by the petitioner upon its petition filed in the above-

19  entitled proceeding on __January 29_____, 2008, it is hereby:

20         **ORDERED** that respondents Annalisa J. Silva and Daniel A. Silva appear before this

21  Court on the _18th_ day of _April_, 2008, at _10:00_ m., in Courtroom No. _8_ , _9th_ Floor,

22  United States District Court, _Northern Dist of CA_ , _San Francisco_, California, and

23  then and there show cause, if any, why respondents should not be compelled to appear and

24  provide documents and testimony as required by the summonses heretofore served upon

25  respondents as alleged and set forth in particular in said petition; and it is further

26         **ORDERED** that a copy of this Order to Show Cause, together with a copy of the

27  aforesaid petition, be served upon said respondents in accordance with Rule 4 of the Federal

28  Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above

1  specified; and it is further

2      **ORDERED** that within twenty-one (21) days before the return date of this Order,

3  respondents may file and serve a written response to the petition, supported by appropriate

4  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion

5  respondents desires to make, that the petitioner may file and serve a written reply to such

6  response, if any, within fourteen (14) days before the return date of this Order; that all motions

7  and issues raised by the pleadings will be considered on the return date of this Order, and only

8  those issues raised by motion or brought into controversy by the responsive pleadings and

9  supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any

10  uncontested allegation in the petition will be considered admitted.

11      **ORDERED** this _11th_ day of _February_, 2008, at _San Francisco_, California.

12

13

14

15  _____

16  **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONSES                    2