JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
  Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer,** )<br>)<br>**Petitioners,** )<br>)<br>v. )<br>)<br>**ANNALISA J. SILVA and DANIEL A. SILVA,** )<br>)<br>**Respondents.** ) | NO. C-08-0682-EMC<br><br>**PROOF OF SERVICE AND DECLARATION OF DOUGLAS KELLY** |

I, Douglas Kelly, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

    1.    I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

    2.    On February 25, 2008, at approximately 9:10 a.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Annalisa Silva, at 6840 Ione Way, Dublin, CA 94568.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on __5th__ day of __March__, 2008, at __Oakland__, California.

                                    /s/ Douglas Kelly
                                    DOUGLAS KELLY