1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:   (415) 436-7017
6   Fax:            (415) 436-6748

7  Attorneys for the United States of America

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA and          )
    KAREN STERLING, Revenue Officer,       )
12                                         )   Case No. 08-0682-CRB
                                           )
13            Petitioner,                  )   APPLICATION TO CONTINUE
                                           )   HEARING ON ORDER TO SHOW
14      v.                                 )   CAUSE AND CASE MANAGEMENT
                                           )   CONFERENCE and [proposed] ORDER
15 | ANNALISA J. SILVA and DANIEL SILVA, )
                                           )   Date: May 23, 2008
16                                         )   Time: 10:00 a.m.
            Respondents.                   )   Place: Courtroom 3, 17th Floor
17

18      The United States of America respectfully requests that the Court continue both the

19 hearing on the Order to Show Cause, currently scheduled for April 18, 2008 at 10:00 a.m., and

20 the Case Management Conference, currently scheduled for May 9, 2008 at 8:30 a.m., to May 23,

21 2008 at 10:00 a.m.  The grounds for this request are:

22      1.  The United States commenced this action seeking to enforce summonses issued by the

23 Internal Revenue Service.  The Court entered an Order to Show Cause scheduling a hearing Re:

24 Enforcement of the Summonses. The Order to Show Cause contained a typographical error

25 scheduling the hearing on the 9th Floor rather than the 19th Floor.

26      2.  Counsel for the United States and Respondent Annalisa Silva have conferred in an

27 attempt to resolve this matter.

28 ///

3. To enable the parties sufficient time to resolve this matter, the United States respectfully requests that this Court continue the hearing on the Order to Show Cause, currently scheduled for April 18, 2008 at 10:00 a.m., and the Case Management Conference, currently scheduled for May 9, 2008 at 8:30 a.m., to May 23, 2008 at 10:00 a.m.

4. Respondent Annalisa Silva has no objection to this request for a continuance.

Accordingly, the United States respectfully requests that the Court continue the hearing on the Order to Show Cause, currently scheduled for April 18, 2008 at 10:00 a.m., and the Case Management Conference, currently scheduled for May 9, 2008 at 8:30 a.m., to May 23, 2008 at 10:00 a.m.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: April 9, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

## **ORDER**

Pursuant to the Application by the United States of America as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the hearing date on the Order to Show Cause, currently scheduled for April 18, 2008 at 10:00 a.m., and the Case Management Conference, currently scheduled for May 9, 2008 at 8:30 a.m., is rescheduled to May 23, 2008 at 10:00 a.m.

Dated: April 10, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

US Application to Continue Hearing
on Order to Show Cause and Case
Management Conference and [proposed]
Order, Case No. 08-0682-CRB           2