IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANNALISA J. SILVA,<br><br>        Defendant._____/ | No. C 08-00682 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the Order to Show Cause and the initial case management conference currently on calendar for May 23, 2008 to **Friday, May 30, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 19, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA et al, | Case Number: CV08-00682 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ANNALISA J. SILVA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annalisa Silva
6840 Ione Way
Dublin, CA 94568

Dated: May 19, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk