```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone:  (415) 436-7000
     Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>KAREN STERLING, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>ANNALISA J. SILVA and<br>DANIEL A. SILVA,<br><br>　　　　Respondents. | NO.  C-08-00682-CRB<br><br><br><br><u>CERTIFICATE OF SERVICE</u> |

　　　　I, **KATHY P. TAT** declare:

　　　　That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

　　　　I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**CLERK'S NOTICE** - Filed May 19, 2008

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

Certificate of Service
C-08-00682-CRB                                                            1

1  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
2  the designated area for outgoing U.S. mail in accordance with this office's practice.
3  ____   **PERSONAL SERVICE (BY MESSENGER)**
4  ____   **FACSIMILE (FAX)** No.: _____
5  to the parties addressed as follows:
6  *ANNALISA SILVA*
   *6840 IONE WAY*
7  *DUBLIN, CA 94568*
8        I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.
10       Executed on **May 20, 2008** at San Francisco, California.

                                              /s/ Kathy Tat
                                        **KATHY P. TAT**
                                        **Legal Assistant**