```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4   9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 5   San Francisco, California 94102
     Telephone:   (415) 436-7017
 6   Fax:         (415) 436-6748

 7  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer, | ) ) ) | |
|---|---|---|
| | ) | Case No. 08-0682-CRB |
| Petitioner, | ) ) | NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(2) AND [proposed] |
| v. | ) ) | ORDER |
| ANNALISA J. SILVA and DANIEL SILVA, | ) ) | |
| Respondents. | ) ) | |

   Petitioners, United States of America and Karen Sterling, IRS Revenue Officer, hereby advise the Court that respondents, Annalisa J. Silva and Daniel Silva have complied with the Internal Revenue Service summonses and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: May 28, 2008                             /s/ Cynthia Stier
                                                CYNTHIA STIER
                                                Assistant United States Attorney
                                                Tax Division

//

//

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this _____ day of _____, 2008, at San Francisco, California.

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(2) AND [proposed] ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _______________

to the parties addressed as follows:

***ANNALISA SILVA***
***6840 IONE WAY***
***DUBLIN, CA 94568***

***DANIEL SILVA***
***6840 IONE WAY***
***DUBLIN, CA 94568***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **May 29, 2008** at San Francisco, California.

/s/Kathy Tat
**KATHY TAT**
**Legal Assistant**