```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4   9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 5   San Francisco, California 94102
     Telephone:   (415) 436-7017
 6   Fax:         (415) 436-6748

 7  Attorneys for the United States of America
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer, | )<br>)<br>) |
| | ) Case No. 08-0682-CRB |
| Petitioner, | )<br>) NOTICE OF DISMISSAL PURSUANT |
| | ) TO RULE 41(a)(2) AND [proposed] |
| v. | ) ORDER |
| ANNALISA J. SILVA and DANIEL SILVA, | )<br>) |
| Respondents. | )<br>) |

Petitioners, United States of America and Karen Sterling, IRS Revenue Officer, hereby advise the Court that respondents, Annalisa J. Silva and Daniel Silva have complied with the Internal Revenue Service summonses and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 28, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

//
//

1 **ORDER**

2 Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of
3 Civil Procedure, this action is hereby dismissed.

4

5 **ORDERED** this __30th__ day of _____May_____, 2008, at San Francisco,
6 California.

7
8 _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



28 US v. Silva,
Notice of Dismissal and
[proposed] Order,
Case No. 08-0682-CRB                    2